UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BETH HART,
                              Plaintiff,

                            24 Civ. 7471 (LGS)

          -against-

JPMORGAN CHASE BANK, N.A.,          **ORDER**
                          Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the November 8, 2025, Order stayed all proceedings and deadlines in this action pending the conclusion of arbitration.

    WHEREAS, nothing has been filed on the docket since November 8, 2025. It is hereby

    **ORDERED** that, by **May 23, 2025**, and every ninety (90) days thereafter, the parties shall file a joint status letter apprising the Court of the status of the arbitration.

Dated: May 9, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE